IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DANNY LAMORE FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:21CV557 |
| | ) | |
| FORSYTH COUNTY SHERIFF | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Memorandum Opinion and Recommendation of United States Magistrate Judge ("Recommendation") was filed with the Court in accordance with 28 U.S.C. § 636(b) [Doc. #20] and, on February 16, 2023, was served on the parties in this action [Doc. #21]. Petitioner timely filed Objections to the Magistrate Judge's Recommendation. [Doc. #23.]

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Defendants' motion to dismiss [Doc. #16] is GRANTED and that Plaintiff's Complaint is dismissed for failure to state a

claim upon which relief may be granted.

This the 27th day of March, 2023.

<u>/s/ N. Carlton Tilley, Jr.</u>
Senior United States District Judge
